In the Matter of LINCOLN CROMWELL et al., Individually and as Copartners Doing Business under the Name of WILLIAM ISELIN & Co., Petitioners, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See 284 App. Div. 1001.]

■

In the Matter of the Claim of LOUISE K. EDWARDS, Respondent, against CARBORUNDUM COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See 284 App. Div. 1076.]

■

In the Matter of the Claim of MIKE TUTOKEY, Respondent, against CARBORUNDUM COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See 284 App. Div. 1076.]

■

SAMUEL SHAPIRO, Appellant, v. RALPH LIPTON et al., Respondents.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See 284 App. Div. 1092.]

■

KENNETH TURNER, Appellant, v. COUNTY OF CLINTON, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals on a certified question, denied, with $10 costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See ante, p. 210.]

(March 16, 1955.)

■

In the Matter of the Claim of SALVATORE BARONE, Respondent, against NATIONAL BISCUIT Co., Appellant, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to discontinue appeal granted, but costs and disbursements against the Workmen's Compensation Board are not allowed. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.

■

LUIGI CASELLA, Respondent, v. ARNOLD MOSHER et al., Doing Business as ARNOLD MOSHER AND SON, Appellants.— Motion to dismiss appeal granted, by default. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.